UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ILIRJAN BIDA,
            Plaintiff,

            - against -

BRUCE RUSSO,
            Defendant.
------------------------------------------------------------X

**MEMORANDUM AND ORDER**
14-CV-104 (RRM) (LB)

ROSLYNN R. MAUSKOPF, United States District Judge:

    On January 2, 2014, plaintiff, Ilirjan Bida, proceeding *pro se*, filed the instant complaint, seeking an order compelling the Federal Emergency Management Agency ("FEMA") to release documents pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. (Compl. (Doc. No. 1).) On April 9, 2014, the Court granted plaintiff's request to proceed *in forma pauperis* and dismissed the complaint with thirty days leave to replead. (Apr. 9, 2014 Order (Doc. No. 4).) The Court advised plaintiff that if he failed to amend his complaint within the allotted time, the Court would dismiss the action without prejudice. Plaintiff has not responded to the April 9, 2014 Order, and the time for doing so has passed.

    Accordingly, the action is dismissed without prejudice. The Clerk of Court is directed to close this case in accordance with the accompanying Judgment, mail a copy of this Order and the Judgment to plaintiff at the address the docket lists for him, and note the mailing on the docket. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in

good faith, and therefore, *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: Brooklyn, New York  
   July 3, 2014

*Roslynn R. Mauskopf*

_____  
ROSLYNN R. MAUSKOPF  
United States District Judge